# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2025-3122

———————————————————

KENNETH DAVID MCKENNA,

Appellant,

v.

SAMANTHA RENEE MCKENNA,

Appellee.

———————————————————

On appeal from the Circuit Court for Santa Rosa County.
Darlene Fallon Dickey, Judge.

July 15, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and TREADWELL, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Benjamin Stevenson of Stevenson Legal, PLLC, Pensacola Beach, for Appellant.

No appearance for Appellee.